Granted 30 day extension

C.C.A. No. PD-0820-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Benjamin Elias

V.

The State of Texas

From Appeal No. 04-14-00498-CR

Trial Cause No. 427052

Bexar County

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Appellant will show the Court the following:

I.

Petitioner was convicted in the Twelfth County Court at Law for Bexar County, Texas of the offense of Mb driving while intoxicated in Cause No. 427052, styled the State of Texas v. Benjamin

[1 of 3]

Elias, Petitioner appealed to the Fourth Court of Appeals. The trial court's decision was affirmed on June 3, 2015.

## II.

Petitioner requested one extension prior to this request. Since said request was submitted, Petitioner has been benchwarranted to El Paso County. Petitioner notified the Court of a Change of Address, but does not know whether said request was granted. Petitioner would assume that said motion was granted.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner has limited access to the law library since being benchwarranted to El Paso County, Texas. Petitioner has been diligent in his presentation and preparation of his writ, but hindered by limited access to the law library here. Since being benchwarranted, Petitioner has only accessed the law library twice in over forty-five (45) days. Several requests and administrative grievances have been submitted regarding the matter. Petitioner is proceeding pro se without the benefit of counsel.

## Prayer

Wherefore, PREMISES CONSIDERED, Petitioner prays that this Honorable Court grant this motion and extend the deadline for filing the Petition

for Discretionary Review in Cause No. PD-0820-15 to November 5th, 2015.

Benjamin Elias

Benjamin Elias, pro se

SO #9071757

El Paso County Detention Facility Annex (1110)

12501 Montana

El Paso, Texas 79938

## CERTIFICATE OF SERVICE

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the foregoing motion, has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Suite 710, San Antonio, Texas 78205 and to the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 18th day of August 2015

Benjamin Elias

Benjamin Elias, pro se

I, Benjamin Elias, Sheriff's Office No. 9071757, being presently incarcerated in the El Paso County Detention Facility Annex in El Paso County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18th day of August 2015.

Benjamin Elias

Benjamin Elias